United States District Court
Southern District of New York

| | |
|---|---|
| NELLE HARPER LEE<br><br>      Plaintiff,<br><br>vs.<br><br>SAMUEL L. PINKUS; GERALD POSNER, LEIGH ANN WINICK; VERITAS MEDIA, INC; PHILOLOGUS PROCURATOR, INC.; NASSAU MARKETING LLC; KEYSTONE LITERARY LLC; and UNKNOWN ENTITIES Nos. 1-5,<br><br>      Defendants. | No. 13 Civ. 3000 (RWS)<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action is dismissed in its entirety, with prejudice, with respect to Defendants Leigh Ann Winick and Gerald Posner, with each party bearing his or her own costs and attorneys' fees.

Dated: September 5, 2013

              PATTERSON BELKNAP WEBB & TYLER LLP

              By: _____
                 Gloria C. Phares

              1133 Avenue of the Americas
              New York, New York 10036-6710
              (212) 336-2000
              gcphares@pbwt.com

              Attorneys for Plaintiff